Robert A. Levinson, Esq. (SBN 82300)
Scott H. Siegel, Esq. (SBN 101356)
David A. Tashroudian, Esq. (SBN 266718)
LEVINSON ARSHONSKY & KURTZ, LLP
15303 Ventura Blvd., Suite 1650
Sherman Oaks, CA 91403
Telephone: (818) 382-3434
Facsimile: (818) 382-3433
Email: rlevinson@laklawyers.com
ssiegel@laklawyers.com
dtashroudian@laklawyers.com

Attorneys for Defendant FAMSA, Inc., a California corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FLORIN ASSOCIATES, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>FAMSA, INC., a California Corporation; GRUPO FAMSA, S.A. DE C.V., a corporation organized under the laws of Mexico; and DOES 1-50,<br><br>Defendants. | CASE NO. C 13-00004 JCS<br>[Assigned to Hon. Joseph C. Spero, Ctrm G]<br><br>**STIPULATION TO CONTINUE TIME WITHIN WHICH TO ANSWER COMPLAINT [N.D. CAL. R. 6-1]**<br><br><br><br>Action Filed: January 2, 2013 |

Plaintiff Florin Associates, LLC ("Plaintiff") and defendant Famsa, Inc. ("Defendant," and with Plaintiff the "Parties") enter into this stipulation to continue the time within which to answer the Complaint in this matter from January 23, 2013 to February 25, 2013 based on the following Recitals:

///

///

///

///

1

## RECITALS

WHEREAS, on or about January 2, 2013, Plaintiff served Defendant with its complaint for breach of lease, breach of guaranty, and declaratory judgment (the "Complaint");

WHEREAS, pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant had until January 23, 2013 to plead in response to the Complaint;

WHEREAS, on or about January 22, 2013, counsel for Defendant contacted counsel for Plaintiff and expressed Defendant's need for a continuation of the time to answer the Complaint;

WHEREAS, Defendant has agreed to answer the Complaint, rather than file a motion to dismiss pursuant to Fed. R. Civ. P. 12(b); and,

WHEREAS, the Parties met and conferred from January 22, 2013 through January 24, 2013 and ultimately agreed that, in the interests of justice, the last day for Defendant to answer the Complaint should be continued from January 23, 2013 to February 25, 2013.

## STIPULATION

The Parties, by and through their respective counsel of record, and based upon the foregoing Recitals, stipulate and agree that the last day for Defendant to answer Plaintiff's Complaint is continued from January 23, 2013 to February 25, 2013.

Respectfully submitted,

Dated: January 30, 2013

LEVINSON ARSHONSKY & KURTZ, LLP

By: /s/ Scott Howard
ROBERT A. LEVINSON
SCOTT H. SIEGEL
DAVID A. TASHROUDIAN
Attorneys for Defendant FAMSA, INC., a California corporation

Dated: January 30, 2013

KEESAL, YOUNG & LOGAN

Dated: 2/4/13

By: /s/
BEN SUTER
ELYSE W. WHITEHEAD
Attorneys for Plaintiff FLORIN ASSOCIATES, INC., a Delaware limited liability company

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

# **CERTIFICATE OF SERVICE**

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Los Angeles, State of California. My business address is 15303 Ventura Blvd., Suite 1650, Sherman Oaks, CA 91403.

☒ (**BY CM/ECF SYSTEM**) On the date below, I caused to be electronically filed the following document(s) described as: **STIPULATION TO CONTINUE TIME WITHIN WHICH TO ANSWER COMPLAINT [N.D. CAL. R. 6-1]** with the Clerk of the United States District Court, Northern District of California, using the *CM/ECF* System. The Court's *CM/ECF* System will send an e-mail notification of the foregoing filing to the following parties (or on the attached service list) and counsel of record who are registered with the Court's *CM/ECF* System:

☐ (**BY MAIL**) On the date below, I placed the envelope for collection and mailing following our ordinary business practices. I am readily familiar with firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid on the following (or on the attached service list):

☐ (**BY FACSIMILE**) Based on an agreement of the parties to accept service by fax transmission, on the date below, I faxed the documents to the persons at the fax numbers listed below (or on the attached service list). No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐ (**BY OVERNIGHT MAIL**) On the date below, I enclosed the document in an envelope or package provided by an overnight delivery carrier addressed to the person(s) set forth below (or on the attached service list). I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery courier.

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 31, 2013, at Sherman Oaks, California.

KIM SCHWARZ          */s/ Kim Schwarz*
                               *Signature*

**SERVICE LIST**

| | |
|---|---|
| Ben Suter, Esq.<br>Elise W. Whitehead, Esq.<br>KEESAL, YOUNG & LOGAN, APC<br>450 Pacific Avenue<br>San Francisco, CA 94133<br>Tel: (415) 398-6000<br>Fax: (415) 981-0136<br>Email: ben.suter@kyl.com<br>elyse.grant@kyl.com | Attorneys for Plaintiff<br>FLORIN ASSOCIATES, LLC, a Delaware<br>Limited Liability Company |

**CERTIFICATE OF SERVICE**