1  Robert A. Levinson, Esq. (SBN 82300)
   Scott H. Siegel, Esq. (SBN 101356)
2  David A. Tashroudian, Esq. (SBN 266718)
   LEVINSON ARSHONSKY & KURTZ, LLP
3  15303 Ventura Blvd., Suite 1650
   Sherman Oaks, CA 91403
4  Telephone:      (818) 382-3434
   Facsimile:      (818) 382-3433
5  Email:          rlevinson@laklawyers.com
                   ssiegel@laklawyers.com
6                  dtashroudian@laklawyers.com

7  Attorneys for Defendant FAMSA, Inc., a California corporation

8                  **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10                  **SAN FRANCISCO DIVISION**

11

12  FLORIN ASSOCIATES, LLC, a Delaware          CASE NO.  C 13-00004 JCS
    Limited Liability Company,                  [Assigned to Hon. Joseph C. Spero, Ctrm G]
13
                      Plaintiff,                **STIPULATION TO CONTINUE TIME**
14                                              **WITHIN WHICH TO ANSWER**
    vs.                                         **COMPLAINT [N.D. CAL. R. 6-1]**
15
    FAMSA, INC., a California Corporation;
16  GRUPO FAMSA, S.A. DE C.V., a corporation
    organized under the laws of Mexico; and DOES
17  1-50,

18                      Defendants.             Action Filed:  January 2, 2013

19

20

21          Plaintiff Florin Associates, LLC ("Plaintiff") and defendant Famsa, Inc. ("Defendant," and

22  with Plaintiff the "Parties") enter into this stipulation to continue the time within which to answer the

23  Complaint in this matter from January 23, 2013 to February 25, 2013 based on the following

24  Recitals:

25  ///

26  ///

27  ///

28  ///

*(left margin, vertical text)* LEVINSON ARSHONSKY & KURTZ, LLP

1

**LEVINSON ARSHONSKY & KURTZ, LLP**

1

2 **RECITALS**

3        WHEREAS, on or about January 2, 2013, Plaintiff served Defendant with its complaint for breach of lease, breach of guaranty, and declaratory judgment (the "Complaint");

4        WHEREAS, pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant had until January 23, 2013

5 to plead in response to the Complaint;

6        WHEREAS, on or about January 22, 2013, counsel for Defendant contacted counsel for

7 Plaintiff and expressed Defendant's need for a continuation of the time to answer the Complaint;

8        WHEREAS, Defendant has agreed to answer the Complaint, rather than file a motion to

9 dismiss pursuant to Fed. R. Civ. P. 12(b); and,

10        WHEREAS, the Parties met and conferred from January 22, 2013 through January 24, 2013

11 and ultimately agreed that, in the interests of justice, the last day for Defendant to answer the

12 Complaint should be continued from January 23, 2013 to February 25, 2013.

13 **STIPULATION**

14        The Parties, by and through their respective counsel of record, and based upon the foregoing

15 Recitals, stipulate and agree that the last day for Defendant to answer Plaintiff's Complaint is

16 continued from January 23, 2013 to February 25, 2013.

17                                    Respectfully submitted,

18 Dated: January 30, 2013        LEVINSON ARSHONSKY & KURTZ, LLP

19                              By: _____
20                                    ROBERT A. LEVINSON
21                                    SCOTT H. SIEGEL
                                      DAVID A. TASHROUDIAN
22                                    Attorneys for Defendant FAMSA, INC., a California corporation

23 Dated: January 30, 2013        KEESAL, YOUNG & LOGAN

24
                                By: _____
25 Dated: 2/4/13                       BEN SUTER
26                                    ELYSE W. WHITEHEAD
                                      Attorneys for Plaintiff FLORIN ASSOCIATES, INC.,
27                                    a Delaware limited liability company
28

IT IS SO ORDERED
Judge Joseph C. Spero

2

1

## CERTIFICATE OF SERVICE

2

3

   I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Los Angeles, State of California.  My business address is 15303 Ventura Blvd., Suite 1650, Sherman Oaks, CA 91403.

4

5

☒    **(BY CM/ECF SYSTEM)**  On the date below, I caused to be electronically filed the following document(s) described as: **STIPULATION TO CONTINUE TIME WITHIN WHICH TO ANSWER COMPLAINT [N.D. CAL. R. 6-1]** with the Clerk of the United States District Court, Northern District of California, using the *CM/ECF* System. The Court's *CM/ECF* System will send an e-mail notification of the foregoing filing to the following parties (or on the attached service list) and counsel of record who are registered with the Court's *CM/ECF* System:

6

7

8

9

☐    **(BY MAIL)**  On the date below, I placed the envelope for collection and mailing following our ordinary business practices.  I am readily familiar with firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid on the following (or on the attached service list):

10

11

12

☐    **(BY FACSIMILE)**  Based on an agreement of the parties to accept service by fax transmission, on the date below, I faxed the documents to the persons at the fax numbers listed below (or on the attached service list).  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission, which I printed out, is attached.

13

14

15

☐    **(BY OVERNIGHT MAIL)**On the date below, I enclosed the document in an envelope or package provided by an overnight delivery carrier addressed to the person(s) set forth below (or on the attached service list).  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery courier.

16

17

18

   I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

19

20

   Executed on January 31, 2013, at Sherman Oaks, California.

21

22

23

KIM SCHWARZ                                          */s/  Kim Schwarz*

                                                              *Signature*

24

25

26

27

28

1

## <u>SERVICE LIST</u>

2

3

4

5

6

7

Ben Suter, Esq.
Elise W. Whitehead, Esq.
KEESAL, YOUNG & LOGAN, APC
450 Pacific Avenue
San Francisco, CA  94133
Tel:       (415) 398-6000
Fax:      (415) 981-0136
Email:    ben.suter@kyl.com
             elyse.grant@kyl.com

Attorneys for Plaintiff
FLORIN ASSOCIATES, LLC, a Delaware
Limited Liability Company

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**