| | |
|---|---|
| 1 | BEN SUTER, CASB No. 107680 |
| | ben.suter@kyl.com |
| 2 | ELYSE W. WHITEHEAD, CASB No. 271635 |
| | elyse.whitehead@kyl.com |
| 3 | KEESAL, YOUNG & LOGAN |
| | A Professional Corporation |
| 4 | 450 Pacific Avenue |
| | San Francisco, California  94133 |
| 5 | Telephone:     (415) 398-6000 |
| | Facsimile:      (415) 981-0136 |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FLORIN ASSOCIATES, LLC, a Delaware Limited Liability Company, | ) ) ) | Case No. C-13-0004-JCS |
| Plaintiff, | ) ) | **ORDER APPOINTING SPECIAL PROCESS SERVER** |
| vs. | ) ) | |
| FAMSA, INC., a California Corporation; GRUPO FAMSA, S.A. DE C.V., a corporation organized under the laws of Mexico, DOES 1-50, | ) ) ) ) | |
| Defendants. | ) ) ) | |

IT IS HEREBY ORDERED that Civil Action Group, Ltd. d/b/a APS International, Ltd., including its designated agents, is appointed and authorized to effect service of process on the defendant, GRUPO FAMSA, S.A. DE C.V., a corporation organized under the laws of Mexico, in Mexico.  Service shall be effected according to any internationally agreed means, the laws of the foreign country, or as directed by the foreign authority or the originating court if not otherwise prohibited by international agreement or the laws of the foreign country, and in a manner reasonably calculated to give notice.

DATED: ~~January~~ February 4, 2013

_____
HON. [signature: Judge Joseph C. Spero]
United States Magistrate Judge

- 1 -

KYL_SF584928v2

**ORDER APPOINTING SPECIAL PROCESS SERVER - Case No. C-13-0004-JCS**