BEN SUTER, CASB No. 107680
ben.suter@kyl.com
ELYSE W. WHITEHEAD, CASB No. 271635
elyse.whitehead@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California  94133
Telephone:      (415) 398-6000
Facsimile:       (415) 981-0136

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORIN ASSOCIATES, LLC, a Delaware Limited Liability Company,<br><br>          Plaintiff,<br><br>     vs.<br><br>FAMSA, INC., a California Corporation; GRUPO FAMSA, S.A. DE C.V., a corporation organized under the laws of Mexico, DOES 1-50,<br><br>          Defendants. | Case No. C-13-0004-JCS<br><br>**ORDER APPOINTING SPECIAL PROCESS SERVER** |

IT IS HEREBY ORDERED that Civil Action Group, Ltd. d/b/a APS International, Ltd., including its designated agents, is appointed and authorized to effect service of process on the defendant, GRUPO FAMSA, S.A. DE C.V., a corporation organized under the laws of Mexico, in Mexico.  Service shall be effected according to any internationally agreed means, the laws of the foreign country, or as directed by the foreign authority or the originating court if not otherwise prohibited by international agreement or the laws of the foreign country, and in a manner reasonably calculated to give notice.

DATED: ~~January~~ February 4, 2013

_____
HON. JOSEPH C. SPERO
United States Magistrate Judge