

# LA&K

LEVINSON ARSHONSKY & KURTZ, LLP
15303 Ventura Blvd., Suite 1650
Sherman Oaks, CA 91403
TELEPHONE (818) 382-3434
FACSIMILE (818) 382-3433
www.laklawyers.com

rarshonsky@laklawyers.com

OUR FILE NUMBER
2100-013

February 4, 2014

**VIA E-FILING**

Honorable Joseph C. Spero
Judge, United States District Court
Central District of California
450 Golden Gate Avenue
Dept. "G"
San Francisco, California 94102

    Re:   Florin Associates, LLC v. FAMSA, Inc.
           Case No. C13 0004 JSC

Dear Judge Spero:

    I am writing to request that you allow me, on behalf of my clients defendants FAMSA, Inc. and Grupo Famsa S.A. de C.V., to appear by telephone at the upcoming Case Management Conference scheduled for February 7, 2014 at 1:30 p.m. Should you grant this request, I can be reached at (818) 382-3434.

    I apologize for the late request.

Dated: 2/5/14

IT IS SO ORDERED
Judge Joseph C. Spero

Very truly yours,

RICHARD I. ARSHONSKY
Levinson Arshonsky & Kurtz, LLP

RIA:sg

cc:    Opposing Counsel (via e-mail):
        Ben Suter, Esq.
        Elise W. Whitehead, Esq.
        Jessica Marie Luhrs, Esq.
        KEESAL, YOUNG & LOGAN, APC

2100-013/260606.docx

# CERTIFICATE OF SERVICE

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Los Angeles, State of California. My business address is 15303 Ventura Blvd., Suite 1650, Sherman Oaks, CA 91403.

On the date below, I caused the following document: **LETTER REQUESTING TELEPHONIC APPEARANCE** to be served on the following parties:

| | |
|---|---|
| Ben Suter, Esq.<br>Elise W. Whitehead, Esq.<br>Jessica Marie Luhrs, Esq.<br>KEESAL, YOUNG & LOGAN, APC<br>450 Pacific Avenue<br>San Francisco, CA  94133 | Attorneys for Plaintiff<br>FLORIN ASSOCIATES, LLC<br>Tel:     (415) 398-6000<br>Fax:    (415) 981-0136<br>Email:  ben.suter@kyl.com<br>            elyse.grant@kyl.com<br>            jessica.luhrs@kyl.com |

[x] **(BY CM/ECF SYSTEM)** To be electronically filed with the Clerk of the United States District Court of Central District of California, using the *CM/ECF* System. The Court's *CM/ECF* System will send an e-mail notification of the foregoing filing to the above parties and counsel of record who are registered with the Court's *CM/ECF* System. An additional courtesy copy will be sent via e-mail.

[ ] **(BY MAIL)**  To be served by mail. I placed the envelope for collection and mailing following our ordinary business practices. I am readily familiar with firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid on the following (or on the attached service list):

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 4, 2014 Sherman Oaks, California.

NATALIE M. LESSARD                    *[signature]*
_____
                                                                          *Signature*