LAW OFFICES
# KEESAL, YOUNG & LOGAN
A PROFESSIONAL CORPORATION
450 PACIFIC AVENUE
SAN FRANCISCO, CA 94133
(415) 398-6000
FACSIMILE:
(415) 981-0136
www.kyl.com

SAMUEL A. KEESAL, JR.
STEPHEN YOUNG
MICHAEL M. GLESS
PETER R. BOUTIN
SCOTT T. PRATT
TERRY ROSS
JOHN D. GIFFIN
WILLIAM H. COLLIER, JR.
PHILIP A. McLEOD
NEAL SCOTT ROBB
BEN SUTER
ALBERT E. PEACOCK III§
ROBERT J. STEMLER
LISA M. BERTAIN
ROBERT J. BOCKO*†
MICHELE R. FRON
ELIZABETH P. BEAZLEY
JOSEPH A. WALSH II
HERBERT H. RAY, JR.*†

JODI S. COHEN
PHILIP R. LEMPRIERE*‡
JULIE L. TAYLOR
STACEY MYERS GARRETT
JON W. ZINKE°
DOUGLAS R. DAVIS*†
ELIZABETH H. LINDH
CARA L. FINAN
SARAH TONG SANGMEISTER
MARC R. GREENBERG
JULIE A. KOLE
DAVID D. PIPER
GLEN R. PIPER
SANDOR X. MAYUGA
ESTHER E. CHO
CHRISTOPHER A. STECHER
MELANIE L. RONEN
JOHN COX
AUDETTE PAUL MORALES

BENTLEY P. STANSBURY III
GARRETT R. WYNNE
JAMES A. MARISSEN
DAVID A. TONG
STEFAN PEROVICH
AILAN LIU
JAMES F. KUHNE, JR.
ANNE M. REILLY
TARA B. VOSS
NATHAN R. JASKOWIAK
KENDRA S. CANAPE
JENNIFER M. PORTER
MOLLY J. HENRY†
HELEN D. HSUEH
MICHAEL T. WEST
NICOLE ZAJACK
BRYAN A. GLESS

RYAN S. LEAN
KRISTY A. HEWITT
GINETTE R. BROWN
ELYSE W. WHITEHEAD
DANIEL J. PARK†
TYSON W. KOVASH
MELISSA M. SMITH
BRIAN M. BOHN
KIRSTIN L. ERICSON
ALEXANDER J. CASNOCHA
ERIN WEESNER-McKINLEY
SEAN B. COONEY
CHRISTOPHER R. FARNSWORTH
JESSICA LUHRS
IAN ROSS
JENSEN S. MAUSETH†

OF COUNSEL
ROBERT H. LOGAN
RICHARD A. APPELBAUM+
REAR ADMIRAL, U.S.C.G. (RET.)
ELIZABETH A. KENDRICK
DAVID W. TAYLOR±

FRANCES L. KEELER
WILLIAM McC. MONTGOMERY
PAYNE L. TEMPLETON
KATHLEEN S. ADAMS
AMY R. MELNER

*    ADMITTED IN ALASKA
†    ADMITTED IN WASHINGTON
‡    ADMITTED IN WASHINGTON & CALIFORNIA
§    ADMITTED IN ALASKA & CALIFORNIA
+    ADMITTED IN DISTRICT OF COLUMBIA & FLORIDA
°    REGISTERED FOREIGN LAWYER WITH THE LAW SOCIETY
     OF HONG KONG & ADMITTED IN NEW YORK
±    SOLICITOR ADMITTED IN ENGLAND, WALES AND NORTHERN
     IRELAND

ALL OTHERS ADMITTED IN CALIFORNIA

February 4, 2014

The Honorable Joseph C. Spero  **VIA E-FILING**
United States Magistrate Judge
Northern District of California, San Francisco Courthouse
Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, A 94102

      Re:    *Florin Associates, LLC v. FAMSA, Inc., et al.*
              USDC Northern District of California
              Case No. C 13 0004 JCS
              Our File No.:  4592-16

Dear Judge Spero:

      We are in receipt of Defense Counsel Richard Arshonsky's request to appear telephonically at the Case Management Conference scheduled for February 7, 2014 at 1:30 p.m. Plaintiff does <u>not</u> oppose the Request.  We write to request that, if Mr. Arshonsky's request is granted, Your Honor also allow me to attend the conference by telephone on Plaintiff's behalf as well.  Should Your Honor grant this request, I may be reached at (415) 235-6000.  Alternatively, we would be happy to arrange a conference call line if that is easier for the Court.

      Thank you for your kind attention to this matter.

Dated: 2/5/14



Respectfully yours,

/s/ Ben Suter

Ben Suter
*ben.suter@kyl.com*

BRS:eww (KYL_SF628027)

LONG BEACH OFFICE
400 OCEANGATE
SUITE 1400
P.O. BOX 1730
LONG BEACH, CA 90801-1730
(562) 436-2000
FACSIMILE: (562) 436-7416

ANCHORAGE OFFICE
SUITE 650
1029 WEST THIRD AVENUE
ANCHORAGE, AK 99501-1954
(907) 279-9696
FACSIMILE: (907) 279-4239

SEATTLE OFFICE
SUITE 3300
1301 FIFTH AVENUE
SEATTLE, WA 98101
(206) 622-3790
FACSIMILE: (206) 343-9529

HONG KONG OFFICE
1603 THE CENTRE MARK
287 QUEEN'S ROAD CENTRAL
HONG KONG
(852) 2854-1718
FACSIMILE: (852) 2541-6189