# LA&K

LEVINSON ARSHONSKY & KURTZ, LLP
15303 Ventura Blvd., Suite 1650
Sherman Oaks, CA 91403
TELEPHONE (818) 382-3434
FACSIMILE (818) 382-3433
www.laklawyers.com

rarshonsky@laklawyers.com

OUR FILE NUMBER
2100-013

May 21, 2014

**VIA E-FILING**

Honorable Joseph C. Spero
Judge, United States District Court
Northern District of California
450 Golden Gate Avenue
Dept. "G"
San Francisco, California 94102

Re:  <u>Florin Associates, LLC v. FAMSA, Inc.</u>
Case No. C13 0004 JSC

Dear Judge Spero:

I am writing to request that you allow me, on behalf of my clients, defendants FAMSA, Inc. and Grupo Famsa S.A. de C.V. , to appear by telephone at the upcoming Case Management Conference scheduled for May 30, 2014 at 2:00 p.m. Should you grant this request, I can be reached at (818) 817-8020.

Thank you.

IT IS HEREBY ORDERED that Mr. Arshonsky shall be on phone standby and await the Court's call.

Dated: 5/21/14

Very truly yours,

RICHARD I. ARSHONSKY
Levinson Arshonsky & Kurtz, LLP

RIA:sg

*IT IS SO ORDERED AS MODIFIED*
*Judge Joseph C. Spero*

cc:  Opposing Counsel
Ben Suter, Esq.
Elise W. Whitehead, Esq.
Jessica Marie Lunis, Esq.
KEESAL, YOUNG & LOGAN, APC

2100-013/285477.docx