UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORIN ASSOCIATES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>FAMSA, INC, et al.,<br><br>    Defendants. | Case No. 13-cv-00004-JCS<br><br>**ORDER GRANTING PLAINTIFF'S DISCOVERY REQUEST AND REASONABLE ATTORNEY FEES AND COSTS OF DISCOVERY HEARING**<br><br>Re: Dkt. No. 96 |

On March 12, 2015, the parties filed a Joint Letter regarding their discovery dispute. Dkt. 96. On March 17, 2015, the Court held a hearing on the dispute. For the reasons stated at the hearing, Defendants are ORDERED to produce the following no later than March 31, 2015:

1. All bank account information and documents responsive to the discovery requests at issue, for banks both inside and outside the United States;

2. All brokerage and investment account information and documents responsive to the discovery requests at issue, for all such accounts both inside and outside the United States; and

3. All financial statements and lists of assets over $2,000.00 responsive to the discovery requests at issue, for assets both inside and outside the United States.

In addition, Defendants are ORDERED to pay reasonable attorney fees and costs of Plaintiff in connection with the joint letter and the hearing. Plaintiff's declaration of reasonable attorney fees and costs is due March 24, 2015. Defendant's brief on Plaintiff's declaration is due March 31, 2015.

**IT IS SO ORDERED.**

Dated:  March 17, 2015

                                                    _____
                                                  JOSEPH C. SPERO
                                                  Chief Magistrate Judge