LAW OFFICES
# KEESAL, YOUNG & LOGAN
A PROFESSIONAL CORPORATION
450 PACIFIC AVENUE
SAN FRANCISCO, CA 94133
(415) 398-6000
FACSIMILE:
(415) 981-0136
www.kyl.com

SAMUEL A. KEESAL, JR.
STEPHEN YOUNG
MICHAEL M. GLESS
PETER R. BOUTIN
SCOTT T. PRATT
TERRY ROSS
JOHN D. GIFFIN
WILLIAM H. COLLIER, JR.
PHILIP A. McLEOD
NEAL SCOTT ROBB
BEN SUTER
ALBERT E. PEACOCK III§
ROBERT J. STEMLER
LISA M. BERTAIN
ROBERT J. BOCKO*†
MICHELE R. FRON
ELIZABETH P. BEAZLEY
JOSEPH A. WALSH II
HERBERT H. RAY, JR.*†

JODI S. COHEN
PHILIP R. LEMPRIERE*‡
JULIE L. TAYLOR
STACEY MYERS GARRETT
JON W. ZINKE°
DOUGLAS R. DAVIS*†
ELIZABETH H. LINDH
CARA L. FINAN
SARAH TONG SANGMEISTER
MARC R. GREENBERG
JULIE A. KOLE
DAVID D. PIPER
GLEN R. PIPER
SANDOR X. MAYUGA
ESTHER E. CHO
CHRISTOPHER A. STECHER
MELANIE L. RONEN
JOHN COX
AUDETTE PAUL MORALES

OF COUNSEL
ROBERT H. LOGAN
RICHARD A. APPELBAUM+
REAR ADMIRAL, U.S.C.G. (RET.)
ELIZABETH A. KENDRICK
DAVID W. TAYLOR±

FRANCES L. KEELER
WILLIAM McC. MONTGOMERY
PAYNE L. TEMPLETON
KATHLEEN S. ADAMS
AMY R. MELNER

BENTLEY P. STANSBURY III
GARRETT R. WYNNE
JAMES A. MARISSEN
DAVID A. TONG
STEFAN PEROVICH
AILAN LIU
JAMES F. KUHNE, JR.
ANNE M. REILLY
TARA B. VOSS
NATHAN R. JASKOWIAK
KENDRA S. CANAPE
JENNIFER M. PORTER
MOLLY J. HENRY†
HELEN D. HSUEH
MICHAEL T. WEST
NICOLE ZAJACK
BRYAN A. GLESS

RYAN S. LEAN
KRISTY A. HEWITT
GINETTE R. BROWN
ELYSE W. WHITEHEAD
DANIEL J. PARK†
TYSON W. KOVASH
MELISSA M. SMITH
BRIAN M. BOHN
KIRSTIN L. ERICSON
ALEXANDER J. CASNOCHA
ERIN WEESNER-McKINLEY
SEAN B. COONEY
CHRISTOPHER R. FARNSWORTH
JESSICA LUHRS
IAN ROSS
JENSEN S. MAUSETH†

\* ADMITTED IN ALASKA
† ADMITTED IN WASHINGTON
‡ ADMITTED IN WASHINGTON & CALIFORNIA
§ ADMITTED IN ALASKA & CALIFORNIA
+ ADMITTED IN DISTRICT OF COLUMBIA & FLORIDA
° REGISTERED FOREIGN LAWYER WITH THE LAW SOCIETY OF HONG KONG & ADMITTED IN NEW YORK
± SOLICITOR ADMITTED IN ENGLAND, WALES AND NORTHERN IRELAND

ALL OTHERS ADMITTED IN CALIFORNIA

May 1, 2015

The Honorable Joseph C. Spero
United States Magistrate Judge
Northern District of California, San Francisco Courthouse
Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Florin Associates, LLC v. FAMSA, Inc., et al.*
U.S.D.C. of N.D. Cal., Case No. C 13 0004 JCS

Dear Judge Spero:

As counsel for Plaintiff Florin Associates, LLC, we are writing to advise the Court that Plaintiff and Defendants Famsa, Inc. ("Famsa") and Grupo Famsa, S.A. de C.V.'s ("Grupo") (collectively "Defendants") have reached a tentative payment plan that would satisfy the judgment without any further involvement of the Court. The Parties respectfully request that Defendants' time to respond to Plaintiff's April 24, 2015 letter [Doc. # 106] be extended by **10 days**, from May 1, 2015 until **May 11, 2015**, so that Defendants can make payment to Plaintiff prior to that time. We will advise the Court if Defendants fail to make payment to Plaintiff within that time period. If Defendants make payment within that time period, Plaintiff will file a Satisfaction of Judgment with the Court.

We appreciate Your Honor's attention to this matter.

Dated: 5/4/15



IT IS SO ORDERED
Judge Joseph C. Spero

Respectfully yours,

 /s/  Ben Suter
Ben Suter
ben.suter@kyl.com

BRS:eww (KYL_SF679405)

LONG BEACH OFFICE
400 OCEANGATE
SUITE 1400
P.O. BOX 1730
LONG BEACH, CA 90801-1730
(562) 436-2000
FACSIMILE: (562) 436-7416

ANCHORAGE OFFICE
SUITE 650
1029 WEST THIRD AVENUE
ANCHORAGE, AK 99501-1954
(907) 279-9696
FACSIMILE: (907) 279-4239

SEATTLE OFFICE
SUITE 3300
1301 FIFTH AVENUE
SEATTLE, WA 98101
(206) 622-3790
FACSIMILE: (206) 343-9529

HONG KONG OFFICE
SUITE 1603
1603 THE CENTRE MARK
287 QUEEN'S ROAD CENTRAL
HONG KONG
(852) 2854-1718
FACSIMILE: (852) 2541-6189