LAW OFFICES
# KEESAL, YOUNG & LOGAN
A PROFESSIONAL CORPORATION
450 PACIFIC AVENUE
SAN FRANCISCO, CA 94133
(415) 398-6000
FACSIMILE:
(415) 981-0136
www.kyl.com

SAMUEL A. KEESAL, JR.  
STEPHEN YOUNG  
MICHAEL M. GLESS  
PETER R. BOUTIN  
SCOTT T. PRATT  
TERRY ROSS  
JOHN D. GIFFIN  
WILLIAM H. COLLIER, JR.  
PHILIP A. McLEOD  
NEAL SCOTT ROBB  
BEN SUTER  
ALBERT E. PEACOCK III§  
ROBERT J. STEMLER  
LISA M. BERTAIN  
ROBERT J. BOCKO*†  
MICHELE R. FRON  
ELIZABETH P. BEAZLEY  
JOSEPH A. WALSH II  
HERBERT H. RAY, JR.*†  

JODI S. COHEN  
PHILIP R. LEMPRIERE*‡  
JULIE L. TAYLOR  
STACEY MYERS GARRETT  
JON W. ZINKE°  
DOUGLAS R. DAVIS*†  
ELIZABETH H. LINDH  
CARA L. FINAN  
SARAH TONG SANGMEISTER  
MARC R. GREENBERG  
JULIE A. KOLE  
DAVID D. PIPER  
GLEN R. PIPER  
SANDOR X. MAYUGA  
ESTHER E. CHO  
CHRISTOPHER A. STECHER  
MELANIE L. RONEN  
JOHN COX  
AUDETTE PAUL MORALES  

BENTLEY P. STANSBURY III  
GARRETT R. WYNNE  
JAMES A. MARISSEN  
DAVID A. TONG  
STEFAN PEROVICH  
AILAN LIU  
JAMES F. KUHNE, JR.  
ANNE M. REILLY  
TARA B. VOSS  
NATHAN R. JASKOWIAK  
KENDRA S. CANAPE  
JENNIFER M. PORTER  
MOLLY J. HENRY†  
HELEN D. HSUEH  
MICHAEL T. WEST  
NICOLE ZAJACK  
BRYAN A. GLESS  

RYAN S. LEAN  
KRISTY A. HEWITT  
GINETTE R. BROWN  
ELYSE W. WHITEHEAD  
DANIEL J. PARK†  
TYSON W. KOVASH  
MELISSA M. SMITH  
BRIAN M. BOHN  
KIRSTIN L. ERICSON  
ALEXANDER J. CASNOCHA  
ERIN WEESNER-McKINLEY  
SEAN B. COONEY  
CHRISTOPHER R. FARNSWORTH  
JESSICA LUHRS  
IAN ROSS  
JENSEN S. MAUSETH†  

OF COUNSEL  
ROBERT H. LOGAN  
RICHARD A. APPELBAUM+  
REAR ADMIRAL, U.S.C.G. (RET.)  
ELIZABETH A. KENDRICK  
DAVID W. TAYLOR±  
FRANCES L. KEELER  
WILLIAM McC. MONTGOMERY  
PAYNE L. TEMPLETON  
KATHLEEN S. ADAMS  
AMY R. MELNER  

\* ADMITTED IN ALASKA  
† ADMITTED IN WASHINGTON  
‡ ADMITTED IN WASHINGTON & CALIFORNIA  
§ ADMITTED IN ALASKA & CALIFORNIA  
+ ADMITTED IN DISTRICT OF COLUMBIA & FLORIDA  
° REGISTERED FOREIGN LAWYER WITH THE LAW SOCIETY  
  OF HONG KONG & ADMITTED IN NEW YORK  
± SOLICITOR ADMITTED IN ENGLAND, WALES AND NORTHERN  
  IRELAND  

ALL OTHERS ADMITTED IN CALIFORNIA

May 11, 2015

The Honorable Joseph C. Spero
United States Magistrate Judge
Northern District of California, San Francisco Courthouse
Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

    Re: *Florin Associates, LLC v. FAMSA, Inc., et al.*
      U.S.D.C. of N.D. Cal., Case No. C 13 0004 JCS

Dear Judge Spero:

  As counsel for Plaintiff Florin Associates, LLC, we are pleased to advise the Court that Defendants Famsa, Inc. ("Famsa") and Grupo Famsa, S.A. de C.V.'s ("Grupo") (collectively "Defendants") have agreed to wire transfer funds to Florin Associates by next **Monday, May 18, 2015**. If Defendants perform and wire transfer the funds as agreed, we will be in a position to file a Satisfaction of Judgment with the Court by the end of next week, *i.e.,* on or before Friday, May 22, 2015. Accordingly, the Parties respectfully request that Defendants' time to respond to Plaintiff's April 24, 2015 letter [Doc. # 106] be extended by **11 days**, from May 11, 2015 until **May 22, 2015**, so that Defendants can make payment to Plaintiff and Plaintiff can file its Satisfaction of Judgment prior to that time. We will advise the Court if Defendants fail to make payment to Plaintiff within that time period. If Defendants make payment within that time period, Plaintiff will file a Satisfaction of Judgment with the Court.

  We appreciate Your Honor's attention to this matter.

Dated: May 13, 2015

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]*

Respectfully yours,

*/s/ Ben Suter*

Ben Suter
ben.suter@kyl.com

LONG BEACH OFFICE
400 OCEANGATE
SUITE 1400
P.O. BOX 1730
LONG BEACH, CA 90801-1730
(562) 436-2000
FACSIMILE: (562) 436-7416

ANCHORAGE OFFICE
SUITE 650
1029 WEST THIRD AVENUE
ANCHORAGE, AK 99501-1954
(907) 279-9696
FACSIMILE: (907) 279-4239

SEATTLE OFFICE
SUITE 3300
1301 FIFTH AVENUE
SEATTLE, WA 98101
(206) 622-3790
FACSIMILE: (206) 343-9529

HONG KONG OFFICE
SUITE 1603 THE CENTRE MARK
287 QUEEN'S ROAD CENTRAL
HONG KONG
(852) 2854-1718
FACSIMILE: (852) 2541-6189